UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        Plaintiff,

v.                                            **Case No. 24-CR-198-PP**

**LAKIA JACKSON,**
        Defendant.

## UNOPPOSED MOTION TO EXTEND TIME TO FILE OBJECTION TO MAGISTRATE JUDGE'S DECISION

**COMES NOW**, the above-named defendant, by Attorney Robert G. LeBell, and moves the Court to extend the time to file Objections to the Magistrate Judge's Decision, in this matter.

**AS GROUNDS THEREFORE**, the defendant states the following:

On May 6th, Magistrate Judge Joseph issued a decision which denied the Defendant's Motion to Dismiss. The court has directed that objections are due on May 21, 2025. Unanticipated circumstances have developed in another of counsel's cases, whereby, a complicated white-collar trial may proceed on May 21, 2025. It was anticipated that the underlying charges in that case would be resolved short of trial. These recent developments prevent counsel from being able to adequately prepare objections by the current schedule. As such, it is respectfully requested that the court extend the time for filing objections until June 6, 2025. Counsel has conferred with AUSA, Julie Stewart, who has expressed no objection.

Dated at Milwaukee, Wisconsin, this 9th day of May, 2025.

Respectfully submitted:
/s/ Robert G. LeBell
Robert G. LeBell, SBN: 01015710
Attorney for Defendant
788 N Jefferson St Suite 740
Milwaukee, WI 53202
(414) 276-1233 dorbell@ldm-law.com